```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

**TERRY L. MCCOY**                                                    **PLAINTIFF**
**(ADC#654559)**

    **v.**                             **No. 15-6015**

**KATHY BROWN, ASSISTANT**
**WARDEN HAVARD; and**
**OFFICER ROBINSON**                                                **DEFENDANTS**

<u>**ORDER**</u>

Now on this 6th day of August 2015, there comes on for consideration the report and recommendation (doc. 33) filed herein on June 24, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Plaintiff does not object to the report and recommendation (doc. 34).

The Court has reviewed this case and finds that the report and recommendation of the Magistrate is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Motion for Summary Judgment (doc. 8) is **DENIED**.

    **IT IS SO ORDERED.**


                                    <u>/s/ Robert T. Dawson</u>
                                    Honorable Robert T. Dawson
                                    United States District Judge